The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZILLOW, INC.,

    Plaintiff,

vs.

TRULIA, INC.,

    Defendant.

Case No. 2:12-cv-01549-JLR

STIPULATED MOTION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINES AND NOTICE OF RENOTING OF DEFENDANT TRULIA, INC.'S RENEWED MOTION TO DISMISS COMPLAINT FOR PATENT INFRINGEMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT OF INVALIDITY (Dkt. No. 34)

NOTE ON MOTION CALENDAR:
July 19, 2013

Defendant Trulia, Inc. ("Trulia") hereby renotes Trulia, Inc.'s Renewed Motion to Dismiss Complaint for Patent Infringement or, in the Alternative, Motion for Summary Judgment of Invalidity (Dkt. No. 34) from July 12, 2013, to July 19, 2013.

Trulia and Plaintiff Zillow, Inc. ("Zillow") respectfully ask the Court to modify the briefing schedule to accommodate the upcoming holiday and the schedules of the parties and attorneys involved. Currently, the deadline for Zillow to oppose Trulia's motion (Dkt. No. 34) is Monday, July 8, 2013, and the deadline for Trulia to file its reply is Friday, July 12, 2013. The parties prefer to move these deadlines as follows: Zillow's deadline to oppose Trulia's motion would become July 12, 2013, and Trulia's deadline to file its reply would become July 19, 2013.

STIPULATED MOTION FOR EXTENSION
OF DEADLINES – Page 1
Case No. 2:12-cv-01549-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Tel: (206) 883-2500 / Fax: (206) 883-2699

The parties agree that neither party shall rely on this stipulated motion for any purpose other than moving these deadlines. Accordingly, Trulia and Zillow, through their undersigned attorneys of record, hereby stipulate to an extension of the following two deadlines as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Deadline for Zillow to File Opposition to Trulia's Motion (Dkt. No. 34) | July 8, 2013 | July 12, 2013 |
| Deadline for Trulia to Reply in Support of its Motion (Dkt. No. 34) | July 12, 2013 | July 19, 2013 |

Dated this 24th day of June 2013.

**Attorneys for Trulia, Inc.**

By:      /s/ Stefani E. Shanberg
Stefani E. Shanberg, *Pro Hac Vice*
Jennifer J. Schmidt, *Pro Hac Vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Street Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099
Email:        sshanberg@wsgr.com
                  jschmidt@wsgr.com

Barry M. Kaplan, WA Bar No. 8661
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, Washington  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email:        bkaplan@wsgr.com

Attorneys for Defendant
TRULIA, INC.

**Attorneys for Zillow**

By:      /s/ Brooke A. M. Taylor
Brooke A. M. Taylor, WA Bar No. 33190
E-Mail: btaylor@susmangodfrey.com
Jordan Connors, WA Bar No. 41649
E-Mail: jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883
EmMail:    btaylor@susmangodfrey.com
                  jconnos@susmangodfrey.com

Attorneys for Plaintiff
ZILLOW, INC.

STIPULATED MOTION FOR EXTENSION
OF DEADLINES -- Page 2
Case No. 2:12-cv-01549-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Tel:  (206) 883-2500 / Fax: (206) 883-2699

**ORDER**

IT IS SO ORDERED.

Dated: June 25, 2013

_____
James L. Robart
United States District Judge

PRESENTED BY:

By:     /s/ Stefani E. Shanberg
Stefani E. Shanberg, *Pro Hac Vice*
Jennifer J. Schmidt, *Pro Hac Vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Street Tower, Suite 3300
San Francisco, California 94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099

Barry M. Kaplan, WA Bar No. 8166
E-Mail: bkaplan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699

Attorneys for Defendant
TRULIA, INC.


By:     /s/ Brooke A. M. Taylor
Brooke A. M. Taylor, WA Bar No. 33190
Jordan Connors, WA Bar No. 41649
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883

Attorneys for Plaintiff
ZILLOW, INC.

STIPULATED MOTION FOR EXTENSION
OF DEADLINES – Page 3
Case No. 2:12-cv-01549-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Tel:  (206) 883-2500 / Fax:  (206) 883-2699

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

/s/ *Stefani E. Shanberg*
Stefani E. Shanberg

STIPULATED MOTION FOR EXTENSION
OF DEADLINES – Page 4
Case No. 2:12-cv-01549-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Tel: (206) 883-2500 / Fax: (206) 883-2699